BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-cr-00373 AWI |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE;FINDINGS AND ORDER |
| v. | |
| KETKEO VORASANE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 14, 2013, at 10 a.m.

2. By this stipulation, the parties now move to continue the filing for objections and sentencing to allow the defendant to conduct further investigation and permit the government's attorney to attend a Ninth Circuit oral argument set for January 14.

3. The parties agree to set the filing of informal objections on December 31, 2012, and the filing of formal objections to January 7, 2013, and to continue the sentencing to January 22, 2013, at 10 a.m.

1

IT IS SO STIPULATED.

DATED:      December 19, 2012.         Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:      December 19, 2012.

/s/ Jon Renge
JON RENGE
Counsel for Defendant Ketkeo Vorasane

**O R D E R**

IT IS SO ORDERED.

Dated:   December 20, 2012

UNITED STATES DISTRICT JUDGE

2